THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. MOONEY and JAMES MURPHY, Appellants.

Argued March 1, 1938; decided April 12, 1938.

*Henry V. Scardapane, Leo Healy* and *Solomon Pearlman* for Michael J. Mooney, appellant.

*Maurice Edelbaum, Caesar B. F. Barra, James A. Higgins* and *Ralph J. Barra* for James Murphy, appellant.

*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

As to each defendant: judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LEHMAN, LOUGHRAN and RIPPEY, JJ.